UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ROBERTS, )<br>         Plaintiff, )<br>  )<br>-v- )<br>  )<br>SHERMETA, ADAMS & VON ALLMEN, P.C., )<br>et al., )<br>         Defendants. )<br>_____ ) | No. 1:13-cv-1241<br><br>HONORABLE PAUL L. MALONEY |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff Michael Roberts, and more than 8,000 others like him, received debt-collection letters from Defendants Shermeta, Adams & Von Allmen.  Plaintiff contends the letters violated the Fair Debt Collection Practices Act, and so he filed a lawsuit.  The parties agreed to a settlement (ECF No. 32), and petitioned this Court to preliminarily approve a class and the settlement agreement (ECF No. 48.)  The joint motion for preliminary approval was referred to the magistrate judge, who held a hearing and issued a report (ECF No. 54) recommending the motion be approved.  The time for filing objections has passed.  No objections have been filed.

Accordingly, the Report and Recommendation (ECF No. 54) is **ADOPTED** as the opinion of this Court.  The joint motion to certify class and approve class settlement agreement (ECF No. 48) is **GRANTED.**  The proposed order submitted by the parties, including the dates relevant to the class, will be signed and will issue contemporaneous with this Order.  **IT IS SO ORDERED.**

Date:   March 26, 2015                                                                /s/ Paul L. Maloney
                                                                                                        Paul L. Maloney
                                                                                                        Chief United States District Judge